B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

**Name of Debtor** (if individual, enter Last, First, Middle): Bankhead, Deborah

**Name of Joint Debtor** (Spouse) (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years** (include married, maiden, and trade names): Deborah Thompson

**All Other Names used by the Joint Debtor in the last 8 years** (include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN** (if more than one, state all): -8322

**Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN** (if more than one, state all):

**Street Address of Debtor** (No. and Street, City, and State): 1075 Herbert Brecknw, Calumet City, IL   ZIP CODE 60409

**Street Address of Joint Debtor** (No. and Street, City, and State):   ZIP CODE

**County of Residence or of the Principal Place of Business**: Cook

**County of Residence or of the Principal Place of Business**:

**Mailing Address of Debtor** (if different from street address):   ZIP CODE

**Mailing Address of Joint Debtor** (if different from street address):   ZIP CODE

**Location of Principal Assets of Business Debtor** (if different from street address above):   ZIP CODE

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

FILED JUL 30 2008 KENNETH S. GARDNER, CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B 1 (Official Form 1) (1/08)                                                                                           **Page 2**

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **Bankhead, Deborah** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: **Northern District of Illinois** | Case Number: **06 B 02688** | Date Filed: **June 2006** |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)

Page 3

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

Name of Debtor(s): Bankhead, Deborah

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Deborah Bankhead_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney) 708-832-0037

Date 07-30-08

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

__Northern__ **District of** __Illinois__

In re __Deborah Bankhead__      Case No. _____
    Debtor(s)                                (if known)


## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

[✓] 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

[ ] 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____.

If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

☐4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐Active military duty in a military combat zone.

☐5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _[signature]_
Date: 07-30-08

2

# DEBORAH BANKHEAD
## SERVICE LIST

Advance Til Payday
943 Wise Road
Schaumburg, IL 60193

AIP
2207 Concord Pike
Suite 419
Wilmington, DE 19803

Americash Loans
880 Lee Street
Suite 302
Des Plaines, IL 60016

Americredit Financial
801 Cherry St Ste 3900
Fort Worth, TX 76102

B-Line LLC
Mail Stop 550
2101 Fourth Ave., Suite
Seattle, WA 98121

Blanche Thompson
1506 West Chase Dr
Allen, TX 75002

Blanche Thompson
1506 West Chase Drive
Allen, TX 75002

Bob Watson Chevrolet
146 E. 147th St.
Harvey, IL 60426

C & L Marketing
7473 W Lake Mead Blvd
Las Vegas, NV 89128

Capital One Auto Finance
c/o Ascension Capital Group
PO Box 201347
Arlington, TX 76006

Capital One Bank
3901 Dallas Parkway
Plano, TX 75093

Cash Today
1005 Terminal Way
Suite 110
Reno, NV 89502

Certegy Check Services Inc
c/o Asset Acceptance
PO Box 2036
Warren, MI 48090

City of Calumet City
Municipal Collection
Services, Inc.
P.O. Box 666
Lansing, IL 60438

City of Chicago
Department of Revenue
333 South State Street
Chicago, IL 60604-3977

City of Chicago
Department of Revenue
P.O. Box 88292
Chicago, IL 60680-1292

Comcast
Credit Protection Assoc
1355 Noel Rd Suite 2100
Dallas, TX 75240

ComEd
Attn: Bankruptcy Section
2100 Swift Drive
Oak Brook, IL 60523

Commonwealth Edison
Nco Financial Systems
PO Box 41466
Philadelphia, PA 19101

Cook County States Attorney
Bad Check Restitution Program
P.O. Box A3984
Chicago, IL 60690-3984

Corporate America Fcu
2075 Big Timber Rd
Elgin, IL 60123

D. Patrick Mullarkey
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, DC 20044

Data Processing Easy Loans
C/O Elite Financeal Service, INC
PO BOX 18508
Kansas City, MO 64133

Directv Inc.
Nco Fin/na
PO Box 105062
Atlanta, GA 30348

Easy Loans
C/O Elite Financial Service
PO BOX 18508
Rautown, MO 64133

FSM Group
C/O Accounts Receivables Technologi
One Woodridge Center
Suite 410
Woodbridge, NJ 07095

Great American Finance
205 W Wacker Dr
Chicago, IL 60606

ICS
P.O. Box 646
Oak Lawn, IL 60454-0646

Illinois Department of Revenue
Bankruptcy Section - Level 7-425
100 West Randolph St
Chicago, IL 60606

Illinois Department of Revenue
P.O. Box 64449
Office Collection Section
Chicago, IL 60664-0449

Ingalls Hospital
One Ingalls Drive
Harvey, IL 60426

Instant Cash Advance
1205 E. Sibley
Dolton, IL 60419

Internal Revenue Service
Dept of the Treasury
P.O. Box 21126
Philadelphia, PA 19114

IRS
230 S. Dearborn
Stop 5016-CHI
Chicago, IL 60604

Jewel Osco
C/O TRS Recovery Services, Inc
5251 Westheimer
Houston, TX 77056

Linebarger Goggan Blair & Sampson
P.O. Box 06357
Chicago, IL 60606-0357

MCI Communications
Park Dansan
P.o. Box 248 113 N 3rd Ave
Gastonia, NC 28053

Municipal Collection Services, Inc.
P.O. Box 666
Lansing, IL 60438-0666

National City Bank
150 Allegheny Center Mal
Pittsburgh, PA 15212

NorthWest Insurance
330 S. Wells 16th Floor
Chicago, IL 60606

Northwest Med. Fac. Fnd.
c/o ICS
P.O. Box 646
Oak Lawn, IL 60454-0646

Northwestern Medical Faculty Founda
P.O. Box 75494
Bankruptcy Dept.
Chicago, IL 60675-5494

Ocwen Federal Bank
12650 Ingenuity Dr
Orlando, FL 32826

Option One Mortgage Co
3 Ada Way
Irvine, CA 92618

Orthopaedic Associates of Chicgao
676 N ST Clair, Suite 450
Chicago, IL 60611

Payday Loan Store of IL
1515 West Western Ave
Chicago Heights, IL 60411

Providian Bank
Palisades Collections
210 Sylvan Ave
Englewood, NJ 07632

Providian Financial
Po Box 9180
Pleasanton, CA 94566

Revenue Production Management, Inc.
PO Box 598148
Chicago, IL 60659-8148

Richard L. Phelps  M. D.
I C System
Po Box 64378
Saint Paul, MN 55164

SBC
c/o Asset Acceptance
P.O. Box 2036
Warren, MI 48090

Scholastic
My First Steps to Reading
PO BOX 6014
Jefferson City, MO 65102

Sears
c/o B-Line, LLC Mail Stop 550
2101 Fourth Ave., Suite 1030
Seattle, WA 98121

St James Hosp
Mutual Hospital Services
2525 N Shadeland Ave Ste
Indianapolis, IN 46219

St James Prof Svc Gisele Mckin
Nco Fin/55
PO Box 13570
Philadelphia, PA 19101

Sun Cash of WI, LLC
598 S Torrence
Calumet City, IL 60409

The New Colonies
FCO
6931 Arlington Roa Suite 400
Bethesda, MD 20814

The New Colonies Apartments
316 W 24th
Steger, IL 60475

United Legal Corporation
9000 Regency Sq Blvd
Jacksonville, FL 32211

University of Chicago Physicians
c/o James T. Gately
3101 West 95th Street
Evergreen Park, IL 60805

US Attorney
219 S. Dearborn
Chicago, IL 60603

US Dept of Education
Direct Loan Servicing
PO Box 5609
Greenville, TX 75403-5609

US FastCash
2533 N Carson St
Ste 5436
Carson City, NV 89706

Village of Dolton
Dept. of Revenue
14030 Park Avenue
Dolton, IL 60419

Village of Riverdale
Bureau of Parking Enforcement
157 West 144th Street
Riverdale, IL 60827

Village of South Holland
C/O Municipal Collection Services
PO BOX 666
Lansing, IL 60438

Wal-mart Stores
1555 US Highway 41
Schererville, IN 46375

Walinski & Trunkett, PC
25 East Washington St.
Suite 1221
Chicago, IL 60602

Web Loans USA
Post Office Box 26413
Kansas City, MO 64196

Zenta
435 Devon Park Bld. 300
Wayne, PA 19087